UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

CHAD E. PIPPIN                                                                                               PLAINTIFF

V.                                                                            CAUSE NO. 4:08-cv-00053 DPJ-JCS

ROWAN DRILLING COMPANY, INC.                                                          DEFENDANT

## ORDER

Before the Court is Plaintiff's Consent Motion to Remand [2] pursuant to 28 U.S.C. § 1447( c ).  The Court finds that the motion is well taken and should be granted.  It is, therefore,

**ORDERED** that:

1. The above-captioned matter is **REMANDED** to the Circuit Court of Newton County, Mississippi; and

2. The Clerk shall forward a certified copy of this Order via U.S. Mail to the Clerk of the Circuit Court of Newton County, Mississippi.

**SO ORDERED AND ADJUDGED** this the 19th day of June, 2008.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE

Approved as to form:

| | |
|---|---|
| */s/   Richard M. Martin, Jr.* | */s/     Robert L. Spell* |
| Richard M. Martin, Jr., T.A. | Robert L. Spell, T.A. |
| Miss. Bar # 99627 | Miss. Bar # 7716 |
| *Attorney for Plaintiff* | *Attorney for Defendant* |
| Martin Law Firm | Latham & Burwell, PLLC |
| 20 Versailles Boulevard | 618 Crescent Blvd., Suite 200 |
| New Orleans, LA 70125 | Ridgeland, MS 39157 |
| Telephone: (504) 861-8476 | Telephone: (601) 427-4470 |
| Telecopier: (504) 861-8476 | Telecopier: (601) 427-0189 |
| E-Mail: rmmjr@cox.net | E-Mail: rspell@latham-burwell.com |